UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GENE ALLEN,

Petitioner,

v.

STATE OF NEVADA, *et al.*,

Respondents.

Case No. 2:19-cv-00094-RFB-CWH

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, AND SUMMARILY DISMISSING ACTION**

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. It was initiated by Nevada prisoner Gene Allen on January 15, 2019. On that date, Allen filed an application to proceed *in forma pauperis* (ECF No. 1), along with a petition for writ of habeas corpus (ECF No. 1-1).

The financial information provided with Allen's application to proceed *in forma pauperis* indicates that he is unable to pay the filing fee for this action. Therefore, the *in forma pauperis* application will be granted.

The Court has examined Allen's petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and determines that it is subject to summary dismissal.

This is plainly a successive petition, and Allen makes no allegation that he has obtained permission from the Ninth Circuit Court of Appeals to pursue a successive petition. *See* 28 U.S.C. § 2244(b)(3); Rule 9 of the Rules Governing Section 2254 Cases. A review of the Court's records indicates that Allen has initiated some 30 federal habeas actions in this Court prior to this one, and that many of those challenged the same April 7, 2003 conviction that is apparently the subject of the petition in this case. The Court takes judicial notice of Allen's previous habeas litigation in this

Court. In an order in one of those cases, *Allen v. State*, 2:07-cv-00226-PMP-LRL, on August 1, 2007, this Court stated:

> Allen has filed at least 14 habeas petitions in this court alone, all attacking the same conviction. [Footnote: *See* cases, 3:05-cv-00616-LRH-VPC, 3:05-cv-00639-LRH-RAM, 3:03-cv-00414-ECR-VPC, 3:03-cv-00465-LRH-RAM, 3:03-cv-00519-ECR-RAM, 3:03-cv-00541-ECR-VPC, 3:03-cv-00672-LRH-RAM, 3:03-cv-00692-LRH-RAM, 3:04-cv-00189-ECR-VPC, 3:05-cv-00184-LRHVPC, 3:05-cv-00458-RLH-VPC, 2:03-cv-00770-KJD-PAL, 3:06-cv-00079-LRH-VPC.] On at least two previous occasions, Allen was ordered by the court to submit any and all habeas corpus claims related to his April 7, 2003 conviction in case number 3:03-cv-00414-ECR-VPC. (See Cases Nos. 3:03-cv-00519-ECR-RAM, 3:03-cv-00541-ECR-VPC). Allen repeatedly ignored those court orders, and in fact filed eight new habeas lawsuits after those orders were issued. Allen has also had at least two habeas corpus petitions dismissed as successive petitions pursuant to 28 U.S.C. §2244(b)(3)(A). (See Cases Nos. 3:05-00639-LRH-RAM, and 3:06-cv-00079-LRH-VPC). In both of those cases, Allen was informed that he could not pursue any additional habeas corpus petitions until he moved the United States Court of Appeals for the Ninth Circuit for an order authorizing this court to consider the petition. *See* 28 U.S.C. § 2244(b)(3)(A); Rule 9 of the Rules Governing Section 2254 Cases. Allen has never done so.

Order filed August 1, 2007, ECF No. 2 in *Allen v. State*, 2:07-cv-00226-PMP-LRL, p. 2. More than eleven years later, Allen is still attempting to initiate a successive habeas action without obtaining the required authorization from the court of appeals.

Moreover, Allen's habeas petition in this action is patently frivolous. The petition does not make any colorable allegation that his state-court conviction is in violation of the federal constitution or any other federal law.

The Court will, therefore, dismiss this action. And, because it is beyond any rational dispute that this action is successive and without the required authorization from the court of appeals, wholly without merit, and subject to summary dismissal, the Court will deny Allen a certificate of appealability.

**IT IS THEREFORE ORDERED** that the petitioner's Application to Proceed *in Forma Pauperis* (ECF No. 1) is **GRANTED**. Petitioner need not pay the filing fee for this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall separately file the Petition for Writ of Habeas Corpus (attached to the application to proceed *in forma pauperis*, at ECF No. 1-1).

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that petitioner is denied a certificate of appealability.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

DATED this 17th day of January, 2019.



RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE